No. 442. THE ATLANTIC TRANSPORT COMPANY, CLAIMANT, ETC., PETITIONER, *v.* FRANCES M. BARNES. October 15, 1906. Petition for a writ of certiorari to the United States Circuit

Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for petitioner. *Mr. Louis H. Porter* for respondent.